IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL SCULLEN,** : | |
| : | |
| **Plaintiff** : | |
| : | **CIVIL NO. 3:16-CV-0965** |
| **v.** : | |
| : | **(Judge Caputo)** |
| **LAWRENCE MAHALLY**, *et al.*, : | |
| : | |
| **Defendants** : | |

# O R D E R

**AND NOW**, this **15th** day of **MARCH**, **2018**, upon consideration of the Defendants' Motion for Summary Judgment (ECF No. 62), it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (ECF No. 62) is **GRANTED**.

2. Judgment is entered in favor of Defendants: Lawrence Mahally; Dorina Varner; Lt. Gavlick; Joseph Zakarauskas; Mike Goyne; and Lori White.

3. The Clerk of Court shall **CLOSE** this file.

                                                  /s/ A. Richard Caputo
                                                  **A. RICHARD CAPUTO**
                                                  **United States District Judge**